°..AO 440 (Rev. 8/01) Summons in a Civil Action

JUDGE DANIELS

# UNITED STATES DISTRICT COURT

Southern District of New York

GAIL OWENS

V.

THE PORT AUTHORITY
OF NEW YORK & NEW JERSEY

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 08 CV 02953

TO: (Name and address of Defendant)

THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY d/b/a
PATH
225 Park Avenue South - 13th Floor
New York, NY 10003

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven M. Lafferty, Esquire
Myers Lafferty Law Offices, p,C,
1515 Market Street, Suite 810
Philadelphia, PA 19102

an answer to the complaint which is served on you with this summons, within 2 0 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE    MAR 2 0 2008

New Jersey Lawyers Service
2333 U.S. Hwy 22 West
Union, New Jersey 07083
908-686-7300



JOB #    52096

PLAINTIFF

GAIL OWENS VS THE PORT AUTHORITY OF NEW YORK & NEW JERSEY

DEFENDANT

**US DISTRICT COURT OF NEW YORK**
**DISTRICT OF NEW YORK**
DOCKET 08-CV-02953

AFFIDAVIT OF SERVICE

Attorney:        File #

**MYERS LAFFERTY LAW OFFICES**
1515 MARKET STREET, SUITE 810
PHILADELPHIA    PA    19102
(215) 988-1229

Papers Served: **US DISTRICT SUMMONS AND COMPLAINT**

Person to be served: **THE PORT AUTHORITY OF**
NEW YORK & NEW JERSEY DBA PATH 225
PARK AVENUE SOUTH, 13TH FLOOR
NEW YORK NY 10003

Served Successfully ✓    Not Served ☐    Date  **3/28/2008**    Time  **11:58 AM**

Attempts: _____

____ Delivered a copy to him/her personally

____ Left a copy with a competent household member over 14 years of age residing therein (indicate name relationship at right)

**X** Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc.
(indicate name official title at right)

Description of Person Accepting Service:

Name of Person Served and relationship/title:
Address Served:

**RICARDO HERNANDEZ**
**AUTHORIZED AGENT**

Sex: **M**    Age: **25-35**    Weight: **180-190**    Skin Color: **BROWN**    Hair Color: **BLACK**

Military Service I asked the person whether recipient was in active military service ot the United States or the State of New Jersey in any activity whatever and received a negative reply. Recipient wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversation and observation above narrated.

Subscribed and Sworn to me this
____ day of _____ APRIL _____ 2008
MARCO P. PEREIRA
NOTARY PUBLIC OF NEW JERSEY
My Commission Exp. June 5, 2012
Notary Signature

I  **SALVATORE COSSARI**  , at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Service