

# MyersLafferty
LAW OFFICES, P.C.

WILLIAM L. MYERS, JR.

STEVEN M. LAFFERTY

D. SEAN MCMAHON
Of Counsel

1515 MARKET STREET
SUITE 810
PHILADELPHIA, PA 19102
215.988.1229
215.988.0433 (fax)

TOLL FREE 888.290.6888

TWO CENTER PLAZA
SUITE 510
BOSTON, MA 02108
617.532.0571
617.532.0570 (fax)

www.MyersLafferty.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 24 2008

June 23, 2008

**SO ORDERED**
The conference is adjourned to
August 7, 2008 at 9:30 a.m.
*George B. Daniels*
HON. GEORGE B. DANIELS

**VIA REGULAR MAIL and FACSIMILE TO 212-805-6737**

Honorable George B. Daniels
US District Court – SDNY
500 Pearl Street
New York, NY 10007-1312

JUN 24 2008

    Re:    Initial Pretrial Conference 06/24/08
            Owens v. The Port Authority of New York and New Jersey
            Index No.: 08 CV 02953

Dear Judge Daniels:

      Please accept this correspondence as our request to reschedule the above referenced conference to the next available date in August. Due to scheduling conflicts, plaintiff's counsel will be unable to travel to New York.

      Counsel for the defendant, Scott Occhiogrosso has agreed with this request for a continuance.

      Thank you for your kind assistance in this matter.

                                Very truly yours,

                                Steven M. Lafferty

SML/dac

cc:    Scott Occhiogrosso, Esq. via facsimile: 212-435-3834