

# MyersLafferty
### LAW OFFICES, P.C.

WILLIAM L. MYERS, JR.

STEVEN M. LAFFERTY

D. SEAN McMAHON

TOLL FREE 888.290.6888          www.MyersLafferty.com

June 23, 2008

**VIA REGULAR MAIL and FACSIMILE TO 212-805-6737**          **SO ORDERED**

Honorable George B. Daniels
US District Court – SDNY
500 Pearl Street
New York, NY 10007-1312

The conference is adjourned to
September 3, 2008 at 9:30 a.m.

JUN 27 2008    *George B. Daniels*

**HON. GEORGE B. DANIELS**

Re:   Initial Pretrial Conference 06/24/08
       *Owens v. The Port Authority of New York and New Jersey*
       Index No.:   08 CV 02953

Dear Judge Daniels:

   Please accept this correspondence as our request to reschedule the above referenced conference to the next available date in August. Due to scheduling conflicts, plaintiff's counsel will be unable to travel to New York.

   Counsel for the defendant, Scott Occhiogrosso has agreed with this request for a continuance.

   Thank you for your kind assistance in this matter.

Very truly yours,

Steven M. Lafferty

SML/dac

cc:   Scott Occhiogrosso, Esq. via facsimile: 212-435-3834