# MyersLafferty
## LAW OFFICES, P.C.

WILLIAM L. MYERS, JR.
STEVEN M. LAFFERTY
D. SEAN McMAHON
Of Counsel

1515 Market Street
Suite 810
Philadelphia, PA 19102
215.988.1229
215.988.0433 (fax)

Two Center
Suite 510
Boston, MA 02108
617.532.0571
617.532.0570 (fax)

TOLL FREE 888.290.6888

www.MyersLafferty.com

* BOARD CERTIFIED CIVIL TRIAL ADVOCATE, NBTA   + ADMITTED PA, NY   ** ADMITTED NJ   † ADMITTED MA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 03 2008

September 2, 2008

**SO ORDERED**

The conference is adjourned to September 24, 2008 at 9:30 a.m.

SEP 0 3 2008

*George B. Daniels*
**HON. GEORGE B. DANIELS**

<u>**VIA FACSIMILE TO 212-805-6737**</u>
Attn: Elizabeth Vega, Calendar Coordinator
US District Court – SDNY
500 Pearl Street
New York, NY 10007-1312

Re: Initial Pretrial Conference
Owens v. The Port Authority of New York and New Jersey
Index No.: 08 CV 02953

Dear Ms. Vega:

Please accept this correspondence as Attorney Lafferty's request for a brief adjournment in the above-referenced matter. Defense counsel has agreed to this request.

Thank you very much for your assistance in this matter.

Sincerely,

*Kim Machinski*
Kim Machinski
Legal Assistant

/km

Cc: Scott Occhiogrosso, Esq., via Facsimile to 212-435-3834

