UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
:
GAIL OWENS,                          :
                    Plaintiff,       :
                                     :
        -against-                    :      08 CV 2953
                                     :
THE PORT AUTHORITY OF NEW YORK AND   :      ORDER
NEW JERSEY.                          :
                                     :
                    Defendants.      :
------------------------------------ x

GEORGE B. DANIELS, District Judge:

A conference is scheduled for Tuesday, December 1, 2009 at 10:00am.

Dated: September 23, 2009
       New York, New York

SO ORDERED:

*[signature]*

GEORGE B. DANIELS
United States District Judge

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: SEP 2 4 2009]*